UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EXELON GENERATION CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1224 (RMC) |
| BENJAMIN H. GRUMBLES, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, Dkt. 11 is **DENIED** in part. Venue is proper in the District of Columbia. The Court will schedule a hearing on the remaining arguments in the Motion to Dismiss.

Date: March 29, 2019

ROSEMARY M. COLLYER
United States District Judge